UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA (Rural Development) | CIVIL NO. 98 – 2033 (JDF) |
| | FORECLOSURE OF MORTGAGE |
| Plaintiff | |
| Vs. | |
| ALICIA ROSA BAEZ, Et als.. | |
| Defendants | |

### ORDER FOR EVICTION

Upon motion filed by Empresas Zepol, Inc. herein, and it appearing from the records of this

Court that the public sale of the mortgaged property was adjudicated to Empresas Zepol, Inc. and that the defendants and/or present occupants are still occupying the property and

have refused to surrender the same to the plaintiff :

NOW, THEREFORE, the Court hereby orders the United States Marshal for this District

to proceed forthwith and to evict the defendants and/or present occupants from the

property referred to in said judgment and described herein below in the manner and form

provided in said judgment and as herein further provided :

SO ORDERED in San Juan, Puerto Rico, this 13th day of March, 2000.

_____
UNITED STATES DISTRICT JUDGE